UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| | : | |
| v. | : | |
| | : | 18 U.S.C. § 1341 (Mail Fraud) |
| | : | |
| | : | |
| MARY E. GARNER | : | |

### INFORMATION

The United States Attorney informs the Court that:

### COUNT ONE
### (MAIL FRAUD)

At all times material to this information:

1. Between September 1, 1990 and September 1, 2005, defendant MARY E. GARNER was employed by the United States Mint ("Mint") as a Management Analyst at the Mint's headquarters in the District of Columbia. From late 1997 until February 2004, defendant MARY E. GARNER also served as the President and only officer of the American Federation of Government Employees (AFGE) Local 3653 ("Local 3653"), a labor union consisting of approximately 80 members. The business office for Local 3653 was within the Mint's Office of Protection at 801 9th Street, N.W., in the District of Columbia.

2. In her capacity as President of Local 3653, defendant MARY E. GARNER was responsible for maintaining and safeguarding Local 3653's Riggs Bank checking account, number XXX931 on behalf of the union. From this account, defendant MARY E. GARNER paid per capita dues to the national AFGE chapter as well as other miscellaneous expenses

incurred by the union. Defendant was the sole signatory on Riggs Bank checking account number XXX931, which was maintained in the District of Columbia.

 3. From on or about January 1, 2001 and continuing to on or about December 31, 2002, defendant MARY E. GARNER devised and intended to devise a scheme to defraud Local 3656 of $12,194.78 in funds.

 4. It was part of the scheme that defendant MARY E. GARNER would write checks drawn on Local 3653's Riggs Bank checking account number XXX931 for personal, non union-related expenses, made payable to cash, to Citibank, and to an insurance company. Defendant MARY E. GARNER wrote these checks without the knowledge or permission of any member of Local 3653.

 5. Specifically, on or between August 19, 2002 and August 26, 2002, defendant MARY E. GARNER traveled to Denver, Colorado in the company of four individuals who were neither employees of the Mint nor members of Local 5363. Earlier in August 2002, defendant MARY E. GARNER had purchased airline tickets in the amount of $986.00 for these individuals using her government-issued Citibank credit card. While in Denver, defendant MARY E. GARNER also used her Citibank card to pay for hotel rooms, meals, and a rental car. On or about September 8, 2002, Citibank mailed defendant MARY E. GARNER a bill for $4,309.85, which covered expenses she incurred during her Denver trip as well as the airfare for her four traveling companions.

 6. Upon her return from Denver, defendant MARY E. GARNER submitted a travel voucher to the Mint requesting reimbursement of $2,368.12 for her trip to Denver. On November 14, 2002, the Mint reimbursed defendant MARY E. GARNER's personal bank

account in the amount of $2,368.12.  Defendant MARY E. GARNER subsequently paid her Citibank bill using a check drawn on her personal bank account in the amount of $2,300, as well as a check, number 1168, dated November 21, 2002, drawn on Local 3653's Riggs Bank checking account in the amount of $2,007.91.

7.  On or about November 21, 2002, defendant MARY E. GARNER, for the purpose of executing and attempting to execute the scheme to defraud Local 3653, did knowingly cause to be delivered by mail to Citibank Government Commerce Services, P.O. Box 6575, The Lakes, Nevada 88901-6575, check number 1168, drawn on Local 3653's Riggs Bank checking account in payment of defendant MARY E. GARNER's credit card bill.

**(Mail Fraud, in violation of Title 18, United States Code, Section 1341)**

Respectfully submitted,
KENNETH WAINSTEIN
United States Attorney for the District of Columbia

By:

KIM HERD
Assistant United States Attorney
DC Bar #461615
Fraud and Public Corruption Section
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-9370