### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | : | |
| | : | |
| | : | Criminal No.: |
| v. | : | 18 U.S. C. §1341(Mail Fraud) |
| | : | Judge Leon |
| Mary E. Garner | : | |
| | : | |

### Consent Motion to Move Sentencing Time from 11:30 a.m. to 1:30 p.m. or Later on May 12, 2006

Counsel for defendant Mary Garner respectfully files this Consent Motion along with Assistant United States Attorney Kim Herd to move our guilty plea/disposition time from 11:30 a.m. on May 12, 2006 to 1:30 p.m. or later that day or some subsequent day due to counsel Robinson's conflict in schedule.

Counsel Robinson previously had a sentencing hearing set before the Honorable James Cacheris, U.S. District Judge, Eastern District of Virginia, for 9 a.m. on May 12. There will be testimony dealing with the so-called Booker issue for computing guidelines time. Counsel fears that the hearing could take so much time that he would delay this court's calendar call at 11:30 a.m.

Ms. Heard has graciously consented to this motion.

**WHEREFORE**, it is respectfully requested that the court move the sentencing to 1:30 p.m. or later on May 12, 2006.

Respectfully Submitted,

_____
Kenneth M. Robinson
Robinson Law firm
717 D street, N.W 4th floor
Washington, D.C. 20004

1

Bar # 51706
(202) 347-6100
(202)347-0081 fax.

### Certificate of Service

I, Kenneth M. Robinson, certify service by facsimile this 24th day of April 2006, on Ms. Kim Herd, AUSA # (202)756-6110.

Respectfully Submitted,

_____
Kenneth M. Robinson
Robinson Law firm
717 D street, N.W 4th floor
Washington, D.C. 20004
 Bar # 51706
(202) 347-6100
(202)347-0081 fax.

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | : | |
| | : | |
| | : | Criminal No.: |
| v. | : | 18 U.S. C. §1341(Mail Fraud) |
| | : | Judge Leon |
| Mary E. Garner | : | |
| | : | |

### ORDER

This matter having come before the court by Consent a Motion to Move the Sentencing Time from 11:30 a.m. on May 12, 2006, and good cause appearing, it is

ORDERED that the sentencing is moved from May 12, 2006 at 11:30 a.m. to the _____ day of May, 2006 at _____ ___.m.

DONE & ORDERED this _____ day of April, 2006.

_____
United States District Judge