### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | : |
| | : |
| | : Criminal No.: 1:06 Cr-91 |
| v. | : |
| | : Judge Leon |
| Mary E. Garner | : |
| | : |

### Supplemental Consent Motion to Move Sentencing Time from 11:30 a.m., May 12, 2006 to a Date Thereafter

Counsel for defendant Mary Garner respectfully files this Supplemental Consent Motion along with Assistant United States Attorney Kim Herd to move our guilty plea/disposition time from 11:30 a.m. on May 12, 2006 to a later date due to counsel Robinson's conflict in schedule.

Counsel Robinson previously had a sentencing hearing set before the Honorable James Cacheris, U.S. District Judge, Eastern District of Virginia, for 9 a.m. on May 12. There will be testimony dealing with the so-called <u>Booker</u> issue for computing guidelines time. Counsel fears that the hearing could take so much time that the 11:30 a.m. time cannot be met. Additionally, counsel has a sentencing set in the Circuit Court for Prince Williams County, VA at 1:30 p.m. on May 12. Counsel inadvertently missed said 1:30 p.m. commitment when submitting his initial motion to continue this guilty plea date.

Counsel cannot appear in Alexandria at 9 a.m., this court at 11:30 a.m. and then make it to Manassas, VA by 1:30 p.m. on May 12, 2006. Hence, this request to continue is made.

Ms. Heard has graciously consented to this motion.

**WHEREFORE**, it is respectfully requested that the court move the sentencing to a date later than May 12, 2006.

Respectfully Submitted,

_____
Kenneth M. Robinson
Robinson Law firm
717 D street, N.W 4th floor
Washington, D.C. 20004
 Bar # 51706
(202) 347-6100
(202)347-0081 fax.

### Certificate of Service

I, Kenneth M. Robinson, certify service by facsimile this 25th day of April 2006, on Ms. Kim Herd, AUSA # (202)756-6110.

Respectfully Submitted,

_____
Kenneth M. Robinson
Robinson Law firm
717 D street, N.W 4th floor
Washington, D.C. 20004
 Bar # 51706
(202) 347-6100
(202)347-0081 fax.

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America : | |
| : | |
| : | Criminal No.: |
| v. : | 18 U.S. C. §1341(Mail Fraud) |
| : | Judge Leon |
| Mary E. Garner : | |
| : | |

## ORDER

This matter having come before the court by Consent a Motion to Move the Sentencing Time from 11:30 a.m. on May 12, 2006, and good cause appearing, it is

**ORDERED** that the sentencing is moved from May 12, 2006 at 11:30 a.m. to the _____day of May, 2006 at _____ a.m.

**DONE & ORDERED** this _____day of April, 2006.

_____
United States District Judge