**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America : | |
| : | |
| : | Criminal No.: 1:06 Cr-91 |
| v. : | 18 U.S. C. §1341(Mail Fraud) |
| : | Judge Leon |
| Mary E. Garner : | |
| : | |

**Motion To Continue Plea Disposition From May 22, 2006 To Early June 2006**

    Undersigned respectfully moves to continue the guilty plea to an information from May 22, 2006 at 2:30 p.m. to early June 2006. When the case was recently set for May 22 counsel informed the court's law clerk that he had a trial set to begin on May 22, 2006 at 9:30 a.m. before Judge Lynn Liebovitz, D.C. Superior Court, but that there was a valid motion to continue which counsel expected to be granted. (A copy of said motion is attached as Addendum "A").

    Today, May 15, 2006, the Court Denied said continuance motion. Hence, counsel will be in trial, a trial set since April 24, 2006. The trial will take from May 22-June 2, 2006. Therefore, a new court date could hopefully be any date other than June 9, 2006, the week of June 9, 2006.

    Counsel apologizes for repeated motion(s) to continue but the denial of the continuance motion before Judge Leibovitz shocked counsel and created this problem.

    **WHEREFORE**, it is respectfully requested that the plea be re-set to a convenient date for the court, Ms. Herd and defense counsel.

                                                       Respectfully Submitted,

                                                  2

_____
Kenneth M. Robinson
Robinson Law firm
717 D street, N.W 4th floor
Washington, D.C. 20004
 Bar # 51706
(202) 347-6100
(202)347-0081 fax.

### Certificate of Service

I, Kenneth M. Robinson, certify service by facsimile this 15th day of May 2006, on Ms. Kim Herd, AUSA # (202)756-6110.

                                                  Respectfully Submitted,

_____
Kenneth M. Robinson
Robinson Law firm
717 D street, N.W 4th floor
Washington, D.C. 20004
 Bar # 51706
(202) 347-6100
(202)347-0081 fax.

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America : | |
| : | Criminal No.: 1:06 Cr-91 |
| v.     : | 18 U.S. C. §1341(Mail Fraud) |
| : | Judge Leon |
| Mary E. Garner : | |

## ORDER

This matter having come before the court by Consent a Motion to Continue Plea Disposition from May 22, 2006 to Early June 2006, and good cause appearing, it is

**ORDERED** that the sentencing is moved from May 22, 2006 at 2:30 p.m. to the _____day of June, 2006 at _____ ___.m.

**DONE & ORDERED** this _____day of May, 2006.

_____
United States District Judge

3