IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
FELONY CRIMINAL DIVISION

| | |
|---|---|
| United States of America | : |
| | : |
| v. | : Criminal No.:F-1993-05 |
| | : Judge Lynn Liebovitz |
| Gregory Bolden | : |
| | : |

**Motion to Continue Trial**
**Due to Non-Preparation by Counsel**

Counsel for Gregory C. Bolden respectfully moves for this continuance of the trial from May 22, 2006 till at least mid-July 2006. The government, Mr. Donnell Turner, has objected to our request. The Speedy Trial Act will and is tolled due to our need for a postponement to be properly prepared for trial.

The problem that led to this non-preparedness is:

1.) The address provided for <u>Brady</u> v. <u>Maryland</u> witness, Mabel Flood at 3292 Blaine Street, N.E., Washington, DC 20019 is invalid. There is no such address. Addendum "A" is a letter from counsel's investigator who reports that Ms. Flood's address is "non-existent" and that no one answers the door, ever; at the Tony Barnhardt address, 544 48th Place, N.E., Washington, DC. Without these witnesses counsel cannot be prepared.

More importantly the pending motion for handwriting exemplars for Officer Jerome Lucas and Detective Carlson and the production of the original PD (252) has not been granted, nor has the government produced the original or the exemplars. Hence, no handwriting expert has been hired nor has one started the analysis process. Without the expert opinion we cannot, will not be prepared.

1

We note that Mr. Turner has suddenly taken a rather hostile approach to our motion for immediate production of the PD (252) and exemplars.

Mr. Turner states at footnote one of Addendum "B" that counsel's motion is inaccurate, mis-states the factual record and is "based upon pure conjecture." What nonsense! Detective Carlson admitted that the (252) appears "in a different ink" and states he does not know when it was added. Mr. Turner states the Officer Lucas <u>added</u> it. How is our attempt to get a scientific test based on these facts conjecture?

We do not have to accept the proffer that Lucas added "Gregory Bolden" to the (252). We are entitled to pursue scientific evidence. We do not accept Carlson's statement that he did not add the print to the (252) and are entitled to try and prove he is not truthful.[1]

The proffer by Mr. Turner at page two of Addendum "B" states Lucas was <u>told</u> on the scene by Brooks (the victim) that <u>Greg Bolden</u> shot him, yet, he wrote "Broadus" or "Broddie" be cause they sounded like Bolden. That is preposterous; the jury could well scoff at such limp testimony, especially where Greg Broddie exists and was seen by a witness shooting Mr. Brooks. Hence, our request for exemplars and the original (252) are valid, not conjecture, and we resent the tone of Mr. Turner inexcusable attempt to accuse undersigned of dilatory efforts to prepare for trial. Why he objects to our continuance request Now that he is ready for trial is disturbing.

---

[1] Mr. Turner was going to make the exemplars and original PD (252) available by today, May 10, 2006. As of 2 p.m. he has failed to do so. We are not ready.

2

Finally, counsel notes that not until the hearing date of April 26, 2006, did counsel learn from the government of the name of the alleged second gunman. (A man named Gerald, the brother of a "Benny Cherry" [sic]). Obviously, counsel is entitled to try and find him and use that evidence to try and find him and use that evidence to prove that Mr. Bolden does not even know that person.

If the government has a photograph of said alleged gunman (Benny Cherry's brother) it MUST be produced FORTHWITH. We need this picture to show throughout the crime scene neighborhood.

**WHEREFORE**, it is respectfully requested that the trial be continued for at least (60) days.

Respectfully Submitted

_____
Kenneth M. Robinson
Robinson Law firm
717 D street, N.W 4th floor
Washington, D.C. 20004
 Bar # 51706
(202) 347-6100
(202)347-0081 fax.

3

## **Certificate of Service**

I, Kenneth M. Robinson, certify service by facsimile this 10th day on Donnell Turner, AUSA.

                                                        Respectfully Submitted,

                                        ___ _____
Kenneth M. Robinson
Robinson Law firm
717 D street, N.W 4th floor
Washington, D.C. 20004
Bar # 51706
(202) 347-6100
(202)347-0081 fax.

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**FELONY CRIMINAL DIVISION**

| | |
|---|---|
| United States of America | : |
| | : |
| vi. | : Criminal No.:F-1993-05 |
| | : Judge Lynn Liebovitz |
| Gregory Bolden | : |
| | : |

### **ORDER**

This matter having come before the court by a motion requesting a continuance, the court having considered the bases for said motion, and good cause appearing, it is

**ORDERED**, that the case is moved from May 22, 2006, to the _____day of _____, 2006.

**DONE & ORDERED** this _____day of _____, 2006.

_____
Judge, D.C. Superior Court

5