**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA FELONY CRIMINAL DIVISION**

| | |
|---|---|
| United States of America | : |
| | : |
| v. | : Criminal No.:F-1993-05 |
| | : Judge Leibovitz |
| Gregory Bolden | : |
| | : |

**Notice of Need For Immediate Ruling
on Pending Continuance Motion**

Undersigned respectfully provides notice of need for an immediate ruling by the court on the pending motion To Continue Trial Date. The reason is that since having set the instant trial date Judge Leon has re-scheduled a pre-indictment plea to fraud for 2:30 p.m. on Monday, May 22, 2006. Obviously, that conflicts with the current date of jury selection in this case.

When Judge Leon's law clerk called (10) days ago to set a new plea date, counsel informed him that the Bolden case was set for trial on May 22 but a pending motion to continue had not been acted upon.

Hence, counsel needs to immediately notify Judge Leon's staff if the Bolden trial is not going to be continued as Bolden takes priority.

Counsel simply wishes to give the court and prosecutor in the case before Judge Leon lead time notice of whether the plea date must be continued again.

**WHEREFORE**, it is respectfully requested that the trial be continued.

Respectfully Submitted

_____
Kenneth M. Robinson
Robinson Law firm

1

717 D Street, N.W 4th floor  
Washington, D.C. 20004  
Bar # 51706  
(202) 347-6100  
(202)347-0081 fax.

**Certificate of Service**

I, Kenneth M. Robinson, certify service by facsimile on Mr. Donnell Turner and Ms. Kim Herd, the AUSAS assigned in these cases on this 15th day of May 2006.

Respectfully Submitted,

_____  
Kenneth M. Robinson  
Robinson Law firm  
717 D street, N.W 4th floor  
Washington, D.C. 20004  
Bar # 51706  
(202) 347-6100  
(202)347-0081 fax.

3

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
FELONY CRIMINAL DIVISION**

| | |
|---|---|
| United States of America | : |
| | : |
| vi. | : Criminal No.:F-1993-05 |
| | : Judge Lynn Liebovitz |
| Gregory Bolden | : |
| | : |

**ORDER**

This matter having come before the court by a motion requesting a continuance, and good cause appearing, it is

**ORDERED**, that the case is moved from May 22, 2006, to the _____day of _____, 2006.

**DONE & ORDERED** this _____day of _____,
2006.

_____
Judge, D.C. Superior Court

3