CO-526
(12/86)

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 06-091 (RJL)
)
Mary E. Garner )  Judge Leon
)

**FILED**

**JUN 2 6 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant    6/5/06

6/26/06

I consent:

_____
United States Attorney

6-26-06

Approved:

_____
Judge