AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

———————— DISTRICT OF ————————

UNITED STATES OF AMERICA

v.

WAIVER OF INDICTMENT

CASE NUMBER: 06-091 (RJL)
Judge Leon

I, Mary E. GARNER, the above named defendant, who is accused of

MAIL-FRAUD &

FILED

JUN 26 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___6-05-06___ prosecution by indictment and consent that the
                            Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant
202-347-6100

Before __Judge Leon__ 3:30pm - 6/5/06
                                    6/26/06

(M)