IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | : | |
| | : | |
| | : | Criminal No.: 1:06 Cr-91 |
| v. | : | 18 U.S. C. §1341(Mail Fraud) |
| | : | Judge Leon |
| Mary E. Garner | : | |
| | : | |

**<u>Motion for Leave To File Sentencing Memorandum One Day Late Due To Secretary's Illness and Unavailability to Type Memorandum</u>**

Undersigned respectfully requests leave to file this Sentencing Memorandum one day late. Counsel's secretary was ill on September 5, 2006 and could not type the memorandum and electronically file it. Hence, the one day delay.

Respectfully Submitted,

_____
Kenneth M. Robinson
Robinson Law firm
717 D street, N.W 4th floor
Washington, D.C. 20004
Bar # 51706
(202) 347-6100
(202)347-0081 fax.

## Certificate of Service

I, Kenneth M. Robinson, certify service by facsimile this 6th day of September 2006, on Ms. Kim Herd, AUSA # (202)756-6110.

                                                        Respectfully Submitted,

                                                        _____
                                                        Kenneth M. Robinson
                                                        Robinson Law firm
                                                        717 D street, N.W 4th floor
                                                        Washington, D.C. 20004
                                                        Bar # 51706
                                                        (202) 347-6100
                                                        (202)347-0081 fax.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America : | |
| : | |
| : | Criminal No.: 1:06 Cr-91 |
| v. : | 18 U.S. C. §1341(Mail Fraud) |
| : | Judge Leon |
| Mary E. Garner : | |
| : | |

### **ORDER**

This matter having come before the court by a motion for leave to file sentencing memorandum and good cause appearing, it is

**ORDERED** that sentencing be continued till the _____ day of October, 2006.

**DONE & ORDERED** this _____ day of September, 2006.

_____
U.S. District Court Judge Leon