IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America : | |
| : | |
| : | Criminal No.: 1:06 Cr-91 |
| v. : | 18 U.S. C. §1341(Mail Fraud) |
| : | Judge Leon |
| Mary E. Garner : | |
| : | |

### Motion to Continue Sentence for (30) Days so Defendant Can Gain New Employment Before Sentencing, Get her Affairs In better Order

Counsel for Ms. Garner respectfully requests a (30) day continuance for sentencing so the defendant can finalize getting a new job plan for the assistance she will need with her children and to get her affairs in order.

Ms. Garner lost her government job following the guilty plea in this case. She has continued to seek employment, but thus far has failed. She now has (2) possible job opportunities, one in Bethesda, Maryland and one in the District of Columbia. Each is in excess of an (80) minute one way ride by car. Furthermore, Ms. Garner has (2) children, who, along with her, moved recently who a new home in Calvert County, Maryland. School has just started and there are many trips, assignments and commitments which Ms. Garner must be involved in. She has no assistance from her family and remains unemployed. The possibility of jail and/or home confinement makes binding work impossible.

We believe Ms. Garner is eligible for home detention/probation. However from experience, her flexibility to find a job is much less with home detention, reporting her every movement out of the home. In (30) days, she can have a job,

then be able to arrange a schedule with her probation officer that is more definitive, should she be fortunate enough to be sentenced as we seek.

**WHEREFORE**, it is respectfully requested that sentencing be continued for (30) days.

Respectfully Submitted,

_____
Kenneth M. Robinson
Robinson Law firm
717 D street, N.W 4th floor
Washington, D.C. 20004
 Bar # 51706
(202) 347-6100
(202)347-0081 fax.

### Certificate of Service

I, Kenneth M. Robinson, certify service by facsimile this 6th day of September 2006, on Ms. Kim Herd, AUSA # (202)756-6110.

Respectfully Submitted,

_____
Kenneth M. Robinson
Robinson Law firm
717 D street, N.W 4th floor
Washington, D.C. 20004
 Bar # 51706
(202) 347-6100
(202)347-0081 fax.

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| United States of America | : | |
|---|---|---|
| | : | |
| | : | Criminal No.: 1:06 Cr-91 |
| v. | : | 18 U.S. C. §1341(Mail Fraud) |
| | : | Judge Leon |
| Mary E. Garner | : | |
| | : | |

## **ORDER**

This matter having come before the court by a motion to continue sentencing and good cause appearing, it is

**ORDERED** that sentencing be continued till the _____ day of October, 2006.

**DONE & ORDERED** this _____ day of September, 2006.

_____
U.S. District Court Judge Leon

3