IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America          :
                                  :
                                  :    Criminal No.: 1:06 Cr-91
           v.                     :    18 U.S. C. §1341(Mail Fraud)
                                  :    Judge Leon
Mary E. Garner                    :
                                  :

**<u>Sentencing Memorandum for Defendant Garner</u>**

Counsel for defendant Garner respectfully submits this sentencing memorandum to assist the court in evaluating the sentence to impose on September 18, 2006.

As the pre-sentence report demonstrates Ms. Garner is a single parent of two children, is now unemployed (having been terminated following her plea to felony in this case) and has the parental responsibility on her hands.

Ms. Garner was employed for many years at the United States Mint, was the president of the union there in her department, and did an outstanding job in every way. However, there came a time when Ms. Garner's mother filed for custody of the two Garner children and did everything she could to destroy the relationship between the mother (Ms. Garner) and her children because of this rather unusual action by the defendant's mother. Ms. Garner began to abuse her position of trust as president of the union. She used union funds to take the children with her on business related trips and over time took slightly more than $12,000.00 of union funds for personal use.

1

Ordinarily, such a breach of trust would cause great concern to prosecutors and the court; however, we submit that the circumstances surrounding this breach of trust are indeed unique.

There is no evidence that Ms. Garner used any of the funds to purchase items not needed or for frivolous behavior. She spent all of the funds on matters involving her children, having them near her, even on trips, so the grandmother could not nor would not further brainwash them or turn them against the mother. On one occasion, Ms. Garner did also take her boyfriend with her and the children.

This court has made it clear that it does not use the guidelines except in an advisory capacity. The prosecutor has made it clear that from its perspective, Ms. Garner is guideline sentence qualifies her for probation with some amount of house arrest and electronic monitoring (a sentence that a level (10) qualifies to get). We seek probation with a curfew form of house arrest, liberal rights to leave the home for employment, to care for the needs of the children, and to deal with her many responsibilities as a single parent.

House confinement does allow work release and to care for the children but ordinarily is done with electronic monitor, a system that is an expensive cost that Ms. Garner hopefully will not have to incur. Furthermore, Ms. Garner's children have been victims of brainwashing attempts that she is not a fit mother. Their knowledge of an electronic device on their mother's ankle would injure the image of Ms. Garner that she has tried to avoid.

Ms. Garner is a criminal in that she knowingly broke the law. However, she has accepted full responsibility for her acts, plead early to avoid prosecutorial time and money to make a case, agrees to full restitution, a task that will be difficult but one she will do any complete successfully.

All she has left is her new home she purchased before this guilty plea, her children, and the hope that she, and they, will survive in harmony.

**WHEREFORE**, it is respectfully requested that the court impose a sentence of probation with home confinement on the honor system, without electronic monitoring for (6) months.

Respectfully Submitted,

_____
Kenneth M. Robinson
Robinson Law firm
717 D street, N.W 4${}^{th}$ floor
Washington, D.C. 20004
 Bar # 51706
(202) 347-6100
(202)347-0081 fax.

**Certificate of Service**

I, Kenneth M. Robinson, certify service by facsimile this 6${}^{th}$ day of September 2006, on Ms. Kim Herd, AUSA # (202)756-6110.

Respectfully Submitted,

_____
Kenneth M. Robinson
Robinson Law firm
717 D street, N.W 4${}^{th}$ floor
Washington, D.C. 20004
 Bar # 51706

(202) 347-6100
(202)347-0081 fax.

4