UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-091 (RJL) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MARY E. GARNER | : | |

### GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully opposes the defendant's Motion to Continue Sentence for (30) Days so that she can "gain new employment before sentencing" and "get her affairs in better order." The government notes that both parties are requesting a sentence of probation with home detention in this case. The government also recognizes that the sentence of the defendant rests within the sole discretion of the Court.

Should the defendant receive a probationary sentence with home detention, she would retain the privileges of living in a new home, being able to care for her children, and having the ability to conduct a job search. Although the government would not oppose the Court's granting the defendant a brief period of time to secure her affairs before beginning her sentence, it sees no reason to delay the actual sentencing date. Thus the government respectfully requests that the September 18, 2006 sentencing date remain in place.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
Kim A. Herd, D.C. Bar No. 461615
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

    I HEREBY certify that a copy of the foregoing Motion was served via electronic filing this 10th day of September on Kenneth Robinson, Esq., 717 D Street, N.W., Washington, D.C. 20004.

                                                          _____
                                                          KIM A. HERD
                                                          Assistant United States Attorney