08/15/2006 13:58 FAX 2023470081          ROBINSON LAW FIRM                      ☑002

FROM :
AUG-09-2006  16:07          FAX NO. :3018637350          Aug. 15 2006 01:46PM  P1
                                                          2025148790   P.02/03

HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT

**FILED**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SEP 2 6 2006

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Docket No.: CR-06-0091** |
| | : | |
| **vs.** | : | **SSN:** |
| | : | |
| Garner, Mary | : | **Disclosure Date: July 31, 2006** |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case. The undersigned
further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

( )     There are no material/factual inaccuracies therein.

(✓)    There are material/factual inaccuracies in the PSI report as set forth in the
         attachment herein.

_____                          _____
**Prosecuting Attorney**                             **Date**
                                                      Aug. 9 -06

#### For the Defendant

(CHECK APPROPRIATE BOX)

(✗)    There are no material/factual inaccuracies therein.

( )     There are material/factual inaccuracies in the PSI report as set forth in the
         attachment.

_____          _____        _____      _____
**Defendant**                        **Date**          **Defense Counsel**           **Date**
                                                                                    8/18/06

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material
inaccuracies or disputes in writing by **August 14, 2006**, to U.S. Probation Officer **Sherry
Brandon**, telephone number **(202) 565-1327**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of
the Attorney for the Government and the Defense Counsel to provide each other with a
copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**    Richard A. Houck, Jr., Chief
         United States Probation Officer

08/15/2006 13:58 FAX  2023470081          ROBINSON LAW FIRM                        ☒003

FROM :                                  FAX NO. :3018637350        Aug. 15 2006 01:46PM  P2
2022083067        Line 1                                          01:29:49 p.m.    08-16-2006        4/17

**GARNER, Mary**                                                              **Page 4**

6.   In exchange for the Ms. Garner's guilty plea, the government agreed to not bring any
     additional criminal charges against her in the United States District Court for the District
     of Columbia or the Superior Court for the District of Columbia for the offenses outlined
     in the Statement of Offense.

7.   Ms.Garner made her initial appearance in Court on May 26, 2006, and was released on
     personal recognizance bond, to be supervised by District of Columbia Pretrial Services
     Agency (DCPSA). DCPSA reported that the defendant's conditions include to maintain
     her residency, stay within the Washington Metropolitan area, and to report weekly by
     phone. Contact was made with DCPSA on July 21, 2006, at which time, the defendant
     was in compliance.

**The Offense Conduct**

8.   Between September 1, 1990, and December 31, 2004, Ms. Mary E. Garner was employed
     as a management analyst at United States Mint in Washington, DC. From late 1997 until
     February 2004, Ms. Garner served as the president and sole officer of the American
     Federation of Government (AFGE) Local 3653, which is a labor union consisting of
     approximately 80 members. The business office for Local 3653 was within a common
     area for all employees in the United States Mint's Office of Protection at 801, 9ᵗʰ Street,
     NW, Washington, DC. As president, Ms. Garner was responsible for maintaining and
     safeguarding Local 3653 Rigg's Bank checking account, and she was the sloe signatory
     on the account. From this checking account, the defendant paid per capita dues to the
     national AFGE chapter as well as other miscellaneous expenses incurred by the union.

9.   While serving as president, Ms. Garner devised a scheme in which she embezzled
     $12,194.78 in union funds by writing checks drawn on Local 3653's Riggs Bank
     checking account made payable to cash, Citibank, and to an insurance company. After
     Ms. Garner lost her bid for re-election as president of Local 3653 in February 2004, she
     then closed Local 3653's Riggs Bank account and transferred the balance to a new
     account at Sun Trust Bank.

10.  When the new officers of Local 3653 inquired about bank records for Sun Trust Bank,
     the defendant initially told them that she could not provide the information at the time
     because she needed to go through things first. Ms. Garner then provided union officers
     with one Sun Trust Bank statement and Riggs Bank statements for 2003. However, the
     defendant failed to provide union officers with ledgers, cancelled checks, bank
     statements from 1998 until 2002, vouchers, receipts, deposit slips, and/or financial
     reports.

*[handwritten annotations in right margin:]* bank acct closed in Jan.y 2004 prior to the Election

*[handwritten note at bottom:]* These are her corrections

*[handwritten date:]* 8/15/06