HONORABLE RICHARD J. LEON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**SEP 2 6 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA  :  Docket No.: <u>CR-06-0091</u>
:
vs.  :  SSN:
:
Garner, Mary  :  Disclosure Date: <u>July 31, 2006</u>

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____      _____Aug. 9_____-06_
**Prosecuting Attorney**                                                         **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____    _____    _____
**Defendant**        **Date**    **Defense Counsel**    **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>August 14, 2006</u>, to U.S. Probation Officer <u>Sherry Brandon</u>, telephone number <u>(202) 565-1327</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Richard A. Houck, Jr., Chief
     United States Probation Officer

**Receipt and Acknowledgment**  Page 2

AS I HAVE ALREADY DISCUSSED W/ MS BRANDON, PARAGRAPH 75 SHOULD ALSO HAVE INCLUDED THE REMAINING CLAUSE IN ~~[redacted]~~ USSG §5C11(c), TO WIT CLAUSE (3) WHICH ALSO PERMITS A SENTENCE OF PROBATION THAT INCLUDES A CONDITION OR COMBINATION OF CONDITIONS THAT SUBSTITUTE INTERMITTENT CONFINEMENT, COMMUNITY CONFINEMENT, OR HOME DETENTION FOR IMPRISONMENT.

MS BRANDON WILL INCLUDE THIS PROVISION IN THE FINAL REPORT.

Signed by: Kim A Herd AUSA
(Defendant/Defense Attorney/AUSA)

Date: August-9-06