IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America : | |
| : | |
| : | Criminal No.: 1:06 Cr-91 |
| v. : | 18 U.S. C. §1341(Mail Fraud) |
| : | Judge Leon |
| Mary E. Garner : | |
| : | |

## Motion To Terminate Home Detention Early Due To Hardship

Counsel for defendant Garner respectfully requests that the court terminate the electronic home detention for Ms. Garner due to the hardship on her as a single parent, unemployed, living over (65) miles from employment opportunities in the metropolitan District of Columbia area.

Attached hereto is Addendum "A", a letter from Ms. Garner that articulate her problems.

As the Court can see it took (2) months before the electronic monitor was connected, yet, Ms. Garner remained at the house during said time because she felt that was the court's intent. Surely she could receive credit for those (2) months plus the time on electronic monitoring. Additionally, Ms. Garner has children who are of the age that need constant pick-up, drop offs, shopping, school, the need to see her mother regularly who is some (30) miles away and is having treatment for lung cancer.

Ms. Garner has recognized the criminality of her actions but remains unemployed, distraught and in need of the ability to come and go without so much supervision as is done electronically.

1

                                    Respectfully submitted,

                                    _____
                                    Kenneth M. Robinson
                                    The Robinson Law firm
                                    D Street, N.W 4th floor
                                    Washington, D.C. 20004
                                    Bar # 51706
                                    202) 347-6100
                                    (202)347-0081 fax.

## **Certificate of Service**

    I, Kenneth M. Robinson, certify service by facsimile this 10th day of January, 2007 on Ms. Kim Herd, AUSA # (202)756-6110.

                                    Respectfully Submitted,

                                    _____
                                    Kenneth M. Robinson
                                    The Robinson Law firm
                                    717 D street, N.W 4th floor
                                    Washington, D.C. 20004
                                    Bar # 51706
                                    (202) 347-6100
                                    (202)347-0081 fax.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America : | |
| : | |
| : | Criminal No.: 1:06 Cr-91 |
| v. : | 18 U.S.C. §1341(Mail Fraud) |
| : | Judge Leon |
| Mary E. Garner : | |
| : | |

## **ORDER**

This matter having come before the court by a motion to terminate home detention early due to hardship and good cause appearing, it is

**ORDERED** that the motion is granted.

**DONE & ORDERED** this _____day of January, 2007

_____
U.S. District Court Judge Leon

3