Addendum "A"

December 27, 2006

Mr. Kenneth Robinson, Esq
The Robinson Law Firm
717 D Street, N.W. Fourth Floor
Washington, DC 20004
Fax: (202) 347-0081

Mary Garner
11300 Commanche Rd.
Lusby, MD 20657
Home (410) 326-2981

Dear Mr. Robinson,

I writing to you asking that you file a motion to have the remaining time left on my electronic monitoring reduced to time served for the following hardships. I am not able to spend any time with my children outside my home even during the holiday vacation from school. I'm only allowed to take my daughter to school and pick her up and then take and pick up from her grandparents, my daughter is thinking I don't care about her and want to spend any time with her, I'm her only parent. Also, my mother has recently be diagnosed (before Christmas) with lung cancer. I'm not able to spend anytime with her or help with what is needed for her medical care. I'm not able to go out and look for jobs unless I call and get permission to do so. I have been able to pay $100.00 per month towards my restitution even thought the court order doesn't state payments until I have gained employment. I'm trying to show good faith for what I have done and to honor my punishment. I was delayed for almost two months for the electronic monitoring by the probation office. I had everything ready to go a week after my sentencing on September 26, 2006. I'm asking for compassion and understanding with regards to my family not for myself to go out and party etc…You only have one family and everyone only has one mother. I have been here in my home alone through most of the holidays. I need my children and have to be there for them and I need to be with my mother and the rest of my family during this very difficult time.

Sincerely,

Mary Garner