UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.  06-091 (RJL) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **MARY E. GARNER** | : | |

## ORDER

Upon consideration of Defendant's Motion to Terminate Home Detention Early Due to Hardship, together with the Government's Memorandum in Opposition to Defendant's Motion, and for good cause shown, it is this _____ day of January 2007, hereby:

**ORDERED** that the motion is <u>denied</u>.

_____
Richard J. Leon
United States District Court Judge

Copies to:

Kenneth M. Robinson, Esq.
The Robinson Law Firm
717 D Street, N.W.
Fourth Floor
Washington, D.C. 20004

Kim Herd
Assistant United States Attorney
555 Fourth Street, N.W.
Room 10-911
Washington, D.C. 20530